IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 1:20-CR-336 |
| | § | |
| JOEL ALEX SANDATE | § | |

JOEL ALEX SANDATE
STATEMENT OF NO LEGAL OBJECTION TO THE
PRESENTENCE INVESTIGATION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Joel Alex Sandate and files this statement.

The undersign counsel consulted with Mr. Sandate on June 9, 2021, and states he has no legal objection to the Presentence Investigation Report.

Respectfully Submitted,

/s/ *Ed Stapleton*

Ed Stapleton
Attorney in Charge
Texas State Bar Number: 19058400
So. District No. 1501
2401 Wildflower Dr. Ste. C
Brownsville, Texas 78526
Telephone: (956) 504-0882
Fax: (956) 504-0814

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of Mr. Sandate Statement of No Legal Objection was delivered by electronic mail upon filing.

/s/ *Ed Stapleton*

_____

Ed Stapleton